**Jerry K. FORBES, Appellant,**

v.

**Henry E. COWAN, Superintendent, Ky. State Penitentiary.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Lyon Circuit Court; Stephen P. White, Jr., Judge.

Jerry K. Forbes, pro se.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Frank W. BURKE, Mayor, City of Louisville, et al., Appellants,**

v.

**Paul ANDERSON, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Jefferson Circuit Court; Lyndon R. Schmid, Judge.

David L. Gittleman, Louisville, for appellants.

Manny H. Frockt, Louisville, for appellee.

Memorandum Opinion by Justice MILLIKEN, Affirming.*

**Maryann Pate NIEDERT and W. Howard Clay, Appellants,**

v.

**Raymond Wallace NIEDERT, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Jefferson Circuit Court; Macauley Smith, Judge.

W. Howard Clay, Louisville, for appellants.

S. J. Stallings, Louisville, for appellee.

Memorandum Opinion by Justice MILLIKEN, Affirming in Part, Reversing in Part.*

**Johnny ANDERSON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Barren Circuit Court; Cass R. Walden, Judge.

Johnny Anderson, pro se.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, to appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.